This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TAHITI THREE, LLC, a**
**New Mexico Limited**
**Liability Company,**

Plaintiff-Appellee,

v.                                                                          **No. A-1-CA-36851**

**ERIC SANDOVAL and**
**EARTH PRODUCTS, LLC**
**a New Mexico Limited**
**Liability Company,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Valerie A. Huling, District Judge**

Michael Danoff
Albuquerque, NM

for Appellee

James A. Chavez
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**ZAMORA, Judge.**

{1} Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED.**

{2} **IT IS SO ORDERED.**

_____

**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____

**EMIL J. KIEHNE, Judge**

_____

**DANIEL J. GALLEGOS, Judge**